## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Cause No. 2:09-CR-140 |
| | § | (Cause No. 2:15-CV-341) |
| JUAN VARGAS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court enters final judgment dismissing Juan Vargas' § 2255 motion to vacate, set aside or correct judgment.

It is so ORDERED this 27th day of August 2015.

_____
HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE